AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| RONIN FACTORY, LLC, <br><br> *Plaintiff(s)* <br> v. <br> IMPORT GLOBAL, LLC, ABRAHAM HABOSHA, and LINDSAY MILLER, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  24-CV-24700 SCOLA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Import Global, LLC
c/o Abraham Habosha
1728 NE Miami Gardens Dr.
#151
North Miami, FL  33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ava K. Doppelt, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, FL  32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date:  Dec 2, 2024

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RONIN FACTORY, LLC,<br><br>*Plaintiff(s)*<br>v.<br>IMPORT GLOBAL, LLC,<br>ABRAHAM HABOSHA, and<br>LINDSAY MILLER,<br><br>*Defendant(s)* | Civil Action No.  24-CV-24700 SCOLA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Abraham Habosha
1728 NE Miami Gardens Dr.
#151
North Miami, FL  33179


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ava K. Doppelt, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, FL  32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Dec 2, 2024

**SUMMONS**

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RONIN FACTORY, LLC,<br><br>*Plaintiff(s)*<br>v.<br>IMPORT GLOBAL, LLC,<br>ABRAHAM HABOSHA, and<br>LINDSAY MILLER,<br><br>*Defendant(s)* | Civil Action No. 24-CV-24700 SCOLA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lindsay Miller
1728 NE Miami Gardens Dr.
#151
North Miami, FL  33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ava K. Doppelt, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, FL  32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Dec 2, 2024

**SUMMONS**

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts