United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ronin Factory, LLC, Plaintiff, )<br>)<br>v. )<br>)<br>Import Global, LLC, Abraham )<br>Habosha, and Lindsay Miller, )<br>Defendants. | Civil Action No. 24-24700-Civ-Scola |

## **Order Denying Motion for More Definite Statement**

This matter is before the Court on the Defendants' motion for a more definite statement. (Mot., ECF No. 35.) The Plaintiff responded in opposition (Resp., ECF No. 40), and the Defendants filed a reply. (Reply, ECF No. 44.) For the following reasons, the Defendants' motion is **denied.** (**Mot., ECF No. 35**.)

Federal Rule of Civil Procedure 12(e) states: "[a] party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response." Fed. R. Civ. P. 12(e). Such a motion "is intended to provide a remedy for an unintelligible pleading, rather than a vehicle for obtaining greater detail." *Euro RSCG Direct Response, LLC v. Green Bullion Fin. Servs.*, 872 F. Supp. 2d 1353, 1358 (S.D. Fla. 2012) (Cohn, J.) (cleaned up). "[F]ederal courts generally disfavor motions for a more definite statement." *Id.* (cleaned up). If a plaintiff's allegations sufficiently put a defendant on notice of the claims against them, the motion should be denied. *See Coach, Inc. v. Swap Shop, Inc.*, 916 F. Supp. 2d 1271, 1283 (S.D. Fla. 2012) (Dimitrouleas, J.).

Defendants assert the Plaintiff has failed to clarify whether the three categories of trade dress rights identified in the complaint (product design, packaging, and style of doing business) comprise one trade dress claim or three trade dress claims. (ECF No. 35.) As the Plaintiff points out, the complaint clearly establishes those three categories as separate but interrelated elements that compose one trade dress claim. (ECF No. 40.) The Defendants also challenges the category of "style of doing business" as vague. (ECF No. 35.) The complaint, however, contains more than enough detail to put Defendants on notice of the claims against them.

Defendants misunderstand the standard on a motion for more definite statement. For example, a case cited by the Defendants, *Yellowfin Yachts, Inc. v. Barker Boatworks*, LLC, 898 F.3d 1279, 1286 (11th Cir. 2018), reviewed a district court's determination on a motion for summary judgment. Plaintiff's

complaint is not unintelligible. The Court finds that the Plaintiff's allegations sufficiently put Defendant on notice of the claims against them in order to formulate a response. Defendants' motion for a more definite statement is denied. (**Mot., ECF No. 35**.)

**Done and ordered** in Miami, Florida, on February 27, 2025.

Robert N. Scola, Jr.
United States District Judge

**Attachment "A": Example Scheduling Timeline for Expedited Track Cases**

| weeks after entry of the scheduling order | |
|---|---|
| 4 weeks | Deadline to join additional parties or to amend pleadings. |
| 9 weeks | Deadline to file joint interim status report. <br><br> Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 14 weeks | Deadline to complete all fact discovery. <br><br> Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition. <br><br> Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii). |
| 16 weeks | Deadline for the filing of all dispositive motions. |
| 18 weeks | Deadline to complete mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 21 weeks | Deadline to complete all expert discovery. |
| 8 weeks BEFORE calendar call | Deadline for the filing of pretrial motions, including motions in limine and *Daubert* motions. |
| 4 weeks BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| 2 weeks BEFORE the trial date | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| 33 weeks (approximate) | Two-week trial period commences (calendar call will be scheduled on the Tuesday before the trial period) |

**Attachment "B": Example Scheduling Timeline for Standard Track Cases**

| weeks after entry of the scheduling order | |
|---|---|
| 5 weeks | Deadline to join additional parties or to amend pleadings. |
| 14 weeks | Deadline to file joint interim status report. |
| 25 weeks | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 31 weeks | Deadline to complete all fact discovery.<br><br>Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition.<br><br>Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii). |
| 33 weeks | Deadline for the filing of all dispositive motions. |
| 35 weeks | Deadline to complete mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 40 weeks | Deadline to complete all expert discovery. |
| 8 weeks BEFORE calendar call | Deadline for the filing of pretrial motions, including motions in limine and *Daubert* motions. |
| 4 weeks BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| 2 weeks BEFORE the trial date | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| 49 weeks (approximate) | Two-week trial period commences (calendar call will be scheduled on the Tuesday before the trial period) |