UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:24-cv-24700-RNS

| | |
|---|---|
| RONIN FACTORY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| IMPORT GLOBAL, LLC, | ) |
| ABRAHAM HABOSHA, and | ) |
| LINDSAY MILLER, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF THE
JOINT MOTION TO DISMISS DEFENDANTS
ABRAHAM HABOSHA AND LINDSAY MILLER (Doc. 36)**

Defendants Abraham Habosha and Lindsay Miller hereby give notice of withdrawal of their Joint Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (Doc. 36). The parties recently filed their joint case management plan, and the Court has denied Defendant Import Global's Rule 12(e) motion for a more definite statement. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Import Global's answer is due March 13, 2025. Defendant Habosha and Miller intend to address the issues raised in their joint motion at the summary judgment stage of these proceedings and will therefore file their joint answers with Import Global on or before March 13, 2025.

Dated: February 27, 2025.            THE LIEBERMAN LAW FIRM, P.A.

                                     */s/ Mendy Lieberman*
                                     Mendy Lieberman

        Florida Bar 93226
mlieberman@sflattoy.com
20801 Biscayne Blvd., Suite 304
Miami, Florida 33180
Telephone: (305) 682-8500
Cell: (917) 721-1162


MITBY PACHOLDER JOHNSON PLLC

*/s/ Timothy W. Johnson (Pro Hac Vice)*
Timothy W. Johnson
State Bar No. 24002366
tjohnson@mitbylaw.com
1001 McKinney, Suite 925
Houston, Texas 77002
Telephone: (713) 234-1446

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 27, 2025, the foregoing Motion has been filed via the CM/ECF system and copies will be forwarded to all counsel of record.

*/s/ Mendy Lieberman*
Mendy Lieberman
Florida Bar No. 93226